PER CURIAM.
Affirmed. Mestre Rental Co. v. Resources Recovery, Inc., 568 So.2d 1844 (Fla. 3d DCA 1990); Rolling Oaks Homeowners Ass’n, Inc. v. Dade County, 492 So.2d 686 (Fla. 3d DCA 1986), rev. denied, 503 So.2d 328 (Fla.1987); Hunter v. Employers Mutual Liability Ins. Co. of Wisconsin, 427 So.2d 199 (Fla. 2d DCA 1982), rev. denied, 434 So.2d 887 (Fla. 1983); Zerwal v. State Farm Mut. Auto. Ins. Co., 332 So.2d 645 (Fla. 3d DCA 1976); Board of Public Instruction of Dade County v. Fred Howland, Inc., 243 So.2d 221 (Fla. 3d DCA 1970), cert, denied 248 So.2d 167 (1971).